United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14304-amc
Anne O. Taylor                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 1            Date Rcvd: May 24, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2018.
13612007      +Seterus, Inc., Et al.,,    Seterus, Inc.,   P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Seterus, inc. As the authorized subservicer et al.
               paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              DIANA M. DIXON    on behalf of Debtor Anne O. Taylor dianamdixonesq@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Seterus, inc. As the authorized subservicer et al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Seterus, inc. As the authorized subservicer et al.
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association ("FNMA")
               paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Seterus, inc. As the authorized subservicer et
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14304-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anne O. Taylor
116 Clearview Drive
Downingtown PA 19335

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: Seterus, Inc., Et al.,, Seterus, Inc., P.O. Box 1047, Hartford, CT 06143

Name and Address of Transferee:

Rushmore Loan Management Services LLC
P.O.Box 514707 Los Angeles, CA 90051-470

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/26/18

Tim McGrath
**CLERK OF THE COURT**