United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anne O. Taylor  
    Debtor(s)

Case No. 15-14304-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Dec 16, 2020      Form ID: 138NEW      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anne O. Taylor, 116 Clearview Drive, Downingtown, PA 19335-1102 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd, Winterville, NC 28590-8872 |
| 13557146 | + | Diana M. Dixon, Dixon Law Office, 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 13669565 | + | Diana M. Dixon,Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 13607578 | | Federal National Mortgage Association, Fannie Mae c/o Seterus, Inc., PO BOX 1047, Hartford CT 06143-1047 |
| 13557150 | + | Karmen Michael Financial Group, 3419 Via Lido, Suite 658, Newport Beach, CA 92663-3908 |
| 13548124 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13610279 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Road, Suite 472, Westlake OH 44145-5605 |
| 14112303 | | Rushmore Loan Management Services LLC, P.O.Box 514707 Los Angeles, CA 90051-470 |
| 13548125 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 13612007 | + | Seterus, Inc., Et al.,, Seterus, Inc., P.O. Box 1047, Hartford, CT 06143-1047 |
| 13569153 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13548126 | | Wells Fargo Dealer Services, MACT9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 13557153 | | Wells Fargo Dealer Services, AttN; Correspondence, MACT9017-026, PO Box 168048, Irving, TX 75016-8048 |
| 14520171 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 14074711 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13557148 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13574262 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13576085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 03:51:00 | IRS, PO BOX 21126, PHILA PA 19114 |
| 13610004 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 15-14304-elf    Doc 88    Filed 12/18/20    Entered 12/19/20 01:08:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 22 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13557147 | *+ | Anne O. Taylor, 116 Clearview Drive, Downingtown, PA 19335-1102 |
| 13669566 | *+ | Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 13557149 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13557151 | * | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13557152 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus, PO Box 2008, Grand Rapids, MI 49501-2008 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Federal National Mortgage Association andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Seterus inc. As the authorized subservicer et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Anne O. Taylor dianamdixonesq@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Federal National Mortgage Association paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Seterus inc. As the authorized subservicer et al. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Seterus inc. As the authorized subservicer et al. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Federal National Mortgage Association ("FNMA") mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| PAUL WILLIAM CRESSMAN | on behalf of Creditor Seterus inc. As the authorized subservicer et al. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 22 |

        Mortgage Acquisition Trust bkgroup@kmllawgroup.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

        ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG

        on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Anne O. Taylor
    Debtor(s)

Bankruptcy No: 15−14304−elf
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 12/16/20

        87 − 86
        Form 138_new